1  STANLEY G. HILTON, Cal. Bar #65990
   LAW OFFICES OF STANLEY G. HILTON
2  580 California Street, Suite 500
   San Francisco, CA  94104
3  Telephone:  (415) 786-4821
   Facsimile:  (650) 558-1231
4

5  **Attorneys for Plaintiffs**

6  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
7  333 West San Carlos Street, Suite 1600
   San Jose, CA  95110
8  Telephone:  (408) 993-9911
   Facsimile:  (408) 993-1335
9                                                              ***E-FILED - 4/25/07***

   **Attorneys for Defendant Olin Corporation**
10
                      UNITED STATES DISTRICT COURT
11           NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

12  NORAH WILKINS and              )   Case No.:  C 04-05277 RMW
    PRISCILA WILKINS,              )
13                                 )   **STIPULATION CONCERNING**
                                   )   **MEDIATION/CASE MANAGEMENT**
14              Plaintiffs,        )   **CONFERENCE  AND ORDER**
    v.                             )
15                                 )
    OLIN CORPORATION,              )
16                                 )
                                   )
17              Defendant.         )
                                   )
18  _____
              **STIPULATION CONCERNING MEDIATION AND**
19                  **CASE MANAGEMENT CONFERENCE**

20  Pursuant to Local Rule 7-12, the parties, through their respective counsel, stipulate as follows:

21     1. A Case Management Conference occurred on March 9, 2007, at which time the District
22        Court ordered the case to mediation;

23     2. On April 3, 2007, the Hon. Magistrate Judge Lloyd set the case for settlement conference
24        on June 20, 2007 at 9:30 a.m.; and

25     3. To permit the parties to engage in the court ordered mediation process, the Case
          Management Conference previously set for April 27, 2007 is hereby vacated and reset for
26        June 29, 2007.

27

28

**STIPULATION CONCERNING MEDIATION AND CASE MANAGEMENT CONFERENCE**
**- 1**

1 | Dated:___ _____

Respectfully submitted,

LAW OFFICES OF STANLEY G. HILTON

By:_____
    STANLEY G. HILTON, Cal. Bar #65990
    580 California Street, Suite 500
    San Francisco, CA 94104
    Telephone: (415) 786-4821
    Facsimile: (650) 558-1231

Attorneys for Plaintiffs
Norah Wilkins and Priscila Wilkins

Dated: April 9, 2007

CREECH, LIEBOW & KRAUS

By: _____/s/_____
    RANDALL C. CREECH, Cal. Bar #65542
    333 West San Carlos Street
    Suite 1600
    San Jose, CA 95110
    Telephone: (408) 993-9911
    Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

**ORDER**

It is hereby Ordered, pursuant to Stipulation, that to permit the parties to participate in the Court Ordered mediation process, the Case Management Conference set for April 27, 2007 is hereby vacated and reset for June 29, 2007, at 10:30 a.m.

DATED: 4/25/07

*Ronald M. Whyte*
HON. RONALD M. WHYTE
U.S. District Court Judge