1 | STANLEY G. HILTON, Cal. Bar #65990
LAW OFFICES OF STANLEY G. HILTON
2 | 580 California Street, Suite 500
San Francisco, CA 94104
3 | Telephone: (415) 786-4821
Facsimile: (650) 558-1231

**Attorneys for Plaintiffs**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

**Attorneys for Defendant Olin Corporation**

*E-FILED - 7/5/07*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

NORAH WILKINS and        )   Case No.: C 04-05277 RMW
PRISCILA WILKINS,        )
                         )   **STIPULATION CONCERNING**
         Plaintiffs,     )   **SETTLEMENT/CASE MANAGEMENT**
                         )   **CONFERENCE**
    v.                   )   *AND ORDER*
                         )
OLIN CORPORATION,        )
                         )
         Defendant.      )
_____)

   Pursuant to Local Rule 7-2, the Parties, through their respective counsel, stipulate as follows:

   WHEREAS, the Settlement Conference in this matter was heard on June 20, 2007, before the Honorable Magistrate Judge Howard R. Lloyd; and

   WHEREAS, the Parties reached a settlement of this matter at that Settlement Conference; and

   WHEREAS, on June 21, 2007, Defendant Olin Corporation's counsel e-mailed Plaintiff's counsel a copy of the Settlement Agreement and Stipulation for Dismissal in this matter; and

**STIPULATION CONCERNING SETTLEMENT/CASE MANAGEMENT CONFERENCE**
- 1

1    WHEREAS, the Defendant has not yet delivered the settlement proceeds to Plaintiff's
2 counsel, which was a condition precedent to the parties filing a dismissal in this matter; and
3    WHEREAS, the Parties expect and intend to complete the settlement and file a
4 Stipulation for Dismissal on or before July 20, 2007; and
5    WHEREAS, Plaintiff's counsel will be out of the country on the date currently set for the
6 Case Management Conference, to wit, July 6, 2007;
7    IT IS HEREBY STIPULATED by and between the parties, through their respective
8 counsel, that if the Court is so willing, that the Case Management Conference in this matter be
9 continued to July 27, 2007 and that Case Management Conference can be vacated if a Stipulation
10 for Dismissal is filed in this matter on or before July 20, 2007.

Dated: June __, 2007        Respectfully submitted,

                            LAW OFFICES OF STANLEY G. HILTON


                            By:_____
                                STANLEY G. HILTON, Cal. Bar #65990
                                580 California Street, Suite 500
                                San Francisco, CA  94104
                                Telephone:  (415) 786-4821
                                Facsimile:   (650) 558-1231

                                Attorneys for Plaintiffs
                                Norah Wilkins and Priscila Wilkins

Dated: June __, 2007.        CREECH, LIEBOW & KRAUS


                            By:            /s/
                                RANDALL C. CREECH, Cal. Bar #65542
                                333 West San Carlos Street
                                Suite 1600
                                San Jose, CA  95110
                                Telephone:  (408) 993-9911
                                Facsimile:   (408) 993-1335


                                Attorneys for Defendant Olin Corporation

**STIPULATION CONCERNING SETTLEMENT/CASE MANAGEMENT CONFERENCE**
- 2 -

1
2
3      **ORDER**
4      It is hereby ORDERED that pursuant to the Stipulation, the Case Management Conference set for July 6, 2007 is hereby vacated, and reset for July 27, 2007 at __10:30__
5      a.m./~~p.m~~.
6
7      DATED: __7/5/07__                    _Ronald M. Whyte_
8                                            HON. RONALD M. WHYTE
                                              U.S. District Court Judge
9
10
...
28

STIPULATION CONCERNING SETTLEMENT/CASE MANAGEMENT CONFERENCE
- 3