STANLEY G. HILTON, Cal. Bar #65990
LAW OFFICES OF STANLEY G. HILTON
580 California Street, Suite 500
San Francisco, CA  94104
Telephone:  (415) 786-4821
Facsimile:  (650) 558-1231

**Attorneys for Plaintiffs**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street, Suite 1600
San Jose, CA  95110
Telephone:  (408) 993-9911
Facsimile:  (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105-3441
Telephone:  (314) 480-1500
Facsimile:  (314) 480-1505

**Attorneys for Defendant Olin Corporation**

***E-FILED - 7/23/07***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| NORAH WILKINS and PRISCILA WILKINS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION,<br><br>　　　　Defendants. | Case No.:  C 04-05277 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS NORAH WILKINS AND PRISCILA WILKINS** |

THIS MATTER coming on the motion of Plaintiffs Norah Wilkins and Priscila Wilkins, and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

---

**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS NORAH WILKINS AND PRISCILA WILKINS**

1    IT IS HEREBY ORDERED

2    The claims of Plaintiffs Norah Wilkins and Priscila Wilkins against Defendant Olin
3 Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall
4 bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

*Ronald M. Whyte*

Dated: 7/23/07

Ronald M. Whyte
U.S. DISTRICT JUDGE

2

**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY
PLAINTIFFS NORAH WILKINS AND PRISCILA WILKINS**